No. 2014-1495

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PI-NET INTERNATIONAL, INC.,

*PLAINTIFF-APPELLANT,*

V.

JPMORGAN CHASE & CO.,

*DEFENDANT-APPELLEE.*

Appeal from the United States District Court
for the District of Delaware, Case No. 1:12-cv-00282
The Honorable Sue L. Robinson, Judge Presiding

**PARTIALLY CONSENTED MOTION TO WITHDRAW
FROM REPRESENTATION OF PLAINTIFF-APPELLANT,
PI-NET INTERNATIONAL, INC.
AND
MOTION FOR EXTENSION OF TIME FOR PLAINTIFF-APPELLANT TO
FILE ITS INITIAL BRIEF**

George Pazuniak
O'KELLY ERNST & BIELLI, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff-Appellant
Pi-Net International, Inc.*

**PARTIALLY CONSENTED MOTION TO WITHDRAW
FROM REPRESENTATION OF PLAINTIFF-APPELLANT,
PI-NET INTERNATIONAL, INC.
AND
MOTION FOR EXTENSION OF TIME FOR PLAINTIFF-APPELLANT TO
FILE ITS INITIAL BRIEF**

The attorneys for Plaintiff-Appellant Pi-Net International, Inc. (hereafter "Pi-Net"), George Pazuniak and the law firm of O'Kelly Ernst & Bielli, LLC (collectively "Counsel"), hereby respectfully request permission to withdraw as counsel for Pi-Net in the above-captioned action and to immediately terminate further representation of Pi-Net in this action.

Permission to withdraw is sought because irreconcilable differences have arisen between Pi-Net and Counsel, and, on August 12, 2014 at 11:00 pm EST, Pi-Net terminated Counsel's authority to represent Pi-Net in this appeal and any other matters.  Thus, Counsel cannot fulfill their professional responsibilities to this Court or Pi-Net.  Out of concern for confidentiality and the attorney-client privilege, the movants will not recite in this motion the details of the good cause for withdrawal, but can do so if directed by the Court under appropriate safeguards.

In accordance with Federal Circuit Rule 47.3(c)(5), Counsel have notified Pi-Net that Counsel will follow Pi-Net's instructions to withdraw and to file the present motion.

Additionally, in view of the circumstances, Counsel request a sixty day extension for Pi-Net to file its initial brief.  Pursuant to Federal Circuit Rule 26 and 27, good cause exists for the requested extension because Counsel's ability to participate in this matter has been terminated and is impossible, and Counsel is not aware of Pi-Net having retained new counsel.  Good cause exists for the requested extension because irreconcilable differences have arisen between Pi-Net and Counsel that necessitate the withdrawal of Pi-Net's attorneys from their representation in this action.  Pi-Net will require adequate time to retain new counsel and submit its initial brief.

2

In accordance with Federal Circuit Rule 27(a)(5), the undersigned former counsel for Pi-Net has discussed the motion to withdraw with counsel for Defendant-Appellees, and Defendant-Appellee does not oppose the motion to withdraw.

The undersigned former counsel for Pi-Net has also discussed the motion to extend time to file the initial brief with counsel for Defendant-Appellees. Defendant-Appellee stated that it consent to a thirty (30) day extension of time, but has stated that Defendant-Appellee does not consent to an extension of sixty (60) days. Defendant-Appellee has also stated that it has not had an opportunity to fully consider whether it will an opposition, and thus at present does not know whether it will file an opposition.

Currently, Pi-Net's initial brief is due on August 22, 2014. The revised date sought is October 21, 2014.

Pi-Net had previously sought and had been granted a thirty (30) day extension to file its initial brief.

For these reasons, it is respectfully requested that Pi-Net's current Counsel be granted permission to withdraw and Pi-Net be allowed until and including October 21, 2014 to file its initial brief.

Dated: August 13, 2014

<div style="margin-left:40%;">

Respectfully submitted,

*/s/ George Pazuniak*
Signature of Counsel
George Pazuniak
O'KELLY ERNST & BIELLI, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801
Tel: 302-478-4230
GP@del-iplaw.com

</div>

**DECLARATION OF GEORGE PAZUNIAK**

**IN SUPPORT OF PLAINTIFF-APPELLANT'S**

**MOTION**

**TO EXTEND TIME TO FILE ITS INITIAL BRIEF**

I, George Pazuniak, hereby declare as follows:

1.  I am an attorney in the law firm of O'Kelly Ernst & Bielli, LLC., and have appeared as lead counsel for Plaintiff-Appellant Pi-Net International, Inc. ("Pi-Net") in this case.  I have personal knowledge of the facts in this declaration.

2.  The declaration is provided to show good cause for the Partially Consented Motion To Withdraw From Representation Of Plaintiff-Appellant, Pi-Net International, Inc.  And Motion For Extension Of Time For Plaintiff-Appellant To File Its Initial Brief.

3.  Irreconcilable differences have arisen between Pi-Net and Counsel that make it necessary for myself and the other attorneys with my firm to withdraw as counsel for Pi-Net .

4.  I believe that Pi-Net will require additional time, of at least sixty days, to retain new counsel, to have new counsel study the issues on appeal, and file its initial brief.  Pi-Net has asked that I request a sixty (60) day extension.

5.  I have conferred with counsel for the Defendant-Appellee, and Defendant-Appellee has consented to the motion to withdraw and to a thirty (30) day extension of time to file the initial brief, but has not consented to a sixty (60) day extension, and does not yet know whether it will oppose the motion for an extension beyond thirty (30) days..

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August, 2014.

/s/ George Pazuniak
George Pazuniak

4

## CERTIFICATE OF INTEREST

Counsel for appellant Pi-Net International, Inc. certifies the following:

1. The full name of every party or amicus who has been represented by me is:

Pi-Net International, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Pi-Net International, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

George Pazuniak and Daniel Murphy, O'Kelly Ernst & Bielli, 901 N. Market St.. Suite 1000, Wilmington, DE 19801; and George Pazuniak, Pazuniak Law Office LLC, 1201 N. Orange St., 7th Floor, Wilmington, DE 19801.

Date:

August 13, 2014

_____
Signature of counsel

George Pazuniak_____
Printed name of counsel

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**Pi-Net International, Inc. v. JPMorgan Chase & Co.**
**No. 14-1495**

## CERTIFICATE OF SERVICE

I certify that I served a copy of the attached document on counsel of record on August 13, 2014 by Electronic Means (by email or CM/ECF):

Robert S. Saunders
Jessica Raatz Kunz
Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

| | |
|---|---|
| 920 N. King Street, 7th Floor | Four Times Square |
| Wilmington, Delaware 19801 | New York, New York 10036 |
| Tel.: (302) 651-3000 | Tel.: (212) 735-3000 |

rob.saunders@skadden.com
jessica.kunz@skadden.com
Douglas.Nemec@skadden.com
Daniel.DeVito@skadden.com
Edward.Tulin@skadden.com
Andrew.Gish@skadden.com

Additionally, a copy of this motion is being emailed to Pi-Net International, Inc.


*/s/ George Pazuniak*
George Pazuniak